No. 76–6928.  STOLARZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6929.  FLOYD *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6930.  MOSLEY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6931.  LONDON ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–6932.  VINES *v.* MUNCY, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 76–6934.  WETHERINGTON *v.* JAMES, JUDGE, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 76–6935.  EDWARDS *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA.  C. A. 5th Cir.  Certiorari denied.

No. 76–6936.  HOUGHTON *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 76–6937.  BENSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6938.  TZIMOPOULOS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 76–6940.  CAMPBELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6943.  CANDIE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6944.  HEISER *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.